| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | R.I. Local Form 2002-1.1<br>(Rev. 7/1/15) |

-----------------------------------  *

In re:                                              :

                                                               BK No. 1:17-bk-10376

Stephanie L. Niewola                    :

                                                               Chapter13

Debtor.                                             :

-----------------------------------  *

## CREDITOR CHANGE OF ADDRESS FORM

1. **Name of Creditor:**       Home Point Financial Corporation

2. **Account Number (last 4 digits only):**   6882

3. **Old Address:**
       Names(s):                          Cenlar FSB

       Mailing Address:              425 Phillips Boulevard
       City, State, Zip Code:       Ewing, NJ 08618

4. **New Noticing Address:**
       Mailing Address:              11511 Luna Road, Suite 300
       City, State, Zip Code:       Farmers Branch, TX 75234

5. **New Payment Address:**
       Mailing Address:              PO Box 790309
       City, State, Zip Code:       St. Louis, MO 63179

**Check all that apply (you must check one):**

☒  I am listed as a creditor in the above referenced case.

☐  I am the transferee as evidenced by the transfer of claim filed in this case on _____.

I, D. Anthony Sottile, Authorized Agent for Creditor, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 4, 2018          Signature:   /s/ D. Anthony Sottile

## **CERTIFICATE OF SERVICE**

I certify that on September 4, 2018, a copy of the foregoing Notice of Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John S. Simonian, Debtor's Counsel
    jslaw@cox.net

    John Boyajian, Chapter 13 Trustee
    mail@13ritrustee.com

    Gary L. Donahue, Assistant United States Trustee
    ustpregion01.pr.ecf@usdoj.gov

I further certify that on September 4, 2018, a copy of the foregoing Notice of Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Stephanie L. Niewola, Debtor
    201 Rutland Street
    Cranston, RI 02920

Dated: September 4, 2018

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com